VARIOUS CHAPTER 13 - UNCLAIMED FUNDS

**S.J. BEAULIEU, JR.**
CHAPTER 13 TRUSTEE
433 METAIRIE ROAD, SUITE 307
METAIRIE, LA 70005

SunTrust Bank
MEMPHIS, TN

64-79 / 611

0625569

July 13, 2010

PAY  Exactly Thirteen Thousand Seven Hundred Eighty Nine And 13/100 Dollars

TO THE ORDER OF
UNITED STATES BANKRUPTCY COURT
STE B-601
500 POYDRAS ST
NEW ORLEANS, LA 70130

$*****13,789.13

VOID AFTER 90 DAYS

*S.J. Beaulieu Jr.*

⑈0625569⑈ ⑆061100790⑆ 8800517495⑈

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 227389      - KW
* * C O P Y * *
July 16, 2010
12:43:47

TREASURY REGFUND
Debtor.: VARIOUS CH. 13S
Amount.:            $13,789.13 CH
Check#.: 0625569

Total-> $13,789.13

FROM: BEAULIEU

7/16/10:
DEPOSITED TO
6047BK
DUE TO VARIOUS
CH.13's
cv.

The attached check represents payments found to be undeliverable and are deposited in the Registry of the court.

Registry Check #625569

| Case Number | Debtors | Amount | Payees |
|---|---|---|---|
| 04-17350 | LEBLANC SR, LYNWOOD<br>122 OLEANDER DR<br>PICAYUNE MS  39466 | 465.70 | (debtor) |
| 05-11625 | WARNER, NICOLLE ARMOUR<br>1115 LAURENTIDE ST<br>HOUSTON TX  77029 | 18.52 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA  23541 |
| 05-12014 | PITTS SR, JERRY LEE<br>PITTS, GLORIA LAVERN<br>PO BOX 443<br>ROSELAND LA  70456 | 24.55 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 12914<br>NORFOLK VA  23541 |
| 05-12014 | PITTS SR, JERRY LEE<br>PITTS, GLORIA LAVERN<br>PO BOX 443<br>ROSELAND LA  70456 | 15.92 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA  23541 |
| 05-12738 | KEMP, DENISE<br>PO BOX 550<br>KENTWOOD LA  70444 | 32.15 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA  23541 |
| 05-14931 | CLARK, VANESSA J<br>1817 BARONNE ST<br>NEW ORLEANS LA  70113 | 28.64 | WILLIAM A PIGG<br>STE 550<br>14785 PRESTON RD<br>DALLAS TX  75254 |
| 05-15109 | MALONE, MARC A<br>MALONE, ELIZABETH C<br>303 6TH AVE<br>SLIDELL LA  70460 | 64.94 | BELLSOUTH<br>% RISCUITY INC<br>PO BOX 4320<br>ALPHARETTA GA  30023 |
| 05-17053 | DILLON, DERICK D<br>DILLON, PAMELA I<br>5068 RENNES DR<br>MARRERO LA  70072 | 0.01 | HARRY LEE, SHERIFF & TAX COLL<br>PARISH OF JEFFERSON STE 1200<br>200 DERBIGNY ST<br>GRETNA LA  70053 |
| 05-18276 | MABILE, RICHARD SIMON<br>MABILE, SARA T<br>506 MANCHESTER MANOR<br>THIBODAUX LA  70301 | 1,850.81 | CITIMORTGAGE INC<br>100 TECHNOLOGY DR<br>FALLEN MO  63304 |
| 05-18478 | JONES, CHARLES E<br>2101 VAN ARPEL<br>LAPLACE LA  70068 | 26.73 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA  23541 |
| 05-18655 | LAMBERT, STEVEN D<br>LAMBERT, STACY LYNN CHAMPAGNE<br>8585 HIGHWAY 39<br>BRAITHWAITE LA  70040 | 17.32 | OCONNOR FINANCIAL INC<br>3829 NORTH BLVD<br>BATON ROUGE LA  70806 |

Registry Check #625569

| Case Number | Debtors | Amount | Payees |
|---|---|---|---|
| 05-19905 | DOYLE, EDWARD LOUIS<br>DOYLE, CHRISTINE MARIE<br>113 W LAKEVIEW DRIVE<br>LAPLACE LA 70068 | 214.56 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 12914<br>NORFOLK VA 23541 |
| 06-10782 | NICHOLAS JR, HARRY JOSEPH<br>224 ROBERTSON RD<br>INDEPENDENCE LA 70443 | 256.19 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA 23541 |
| 06-10919 | COLLINS, GAIL THERESA<br>129 BISHOP DR<br>WESTWEGO LA 70094 | 0.25 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA 23541 |
| 06-10961 | CAVANAGH, KARA B<br>#455<br>3090 GAUSE BLVD<br>SLIDELL LA 70461 | 1,132.06 | (debtor) |
| 07-10068 | TAYLOR, ALBERT MARCUS<br>TAYLOR, CAROLE HUTCHINSON<br>47348 DURBIN RD<br>TICKFAW LA 70466 | 50.61 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA 23541 |
| 07-10068 | TAYLOR, ALBERT MARCUS<br>TAYLOR, CAROLE HUTCHINSON<br>47348 DURBIN RD<br>TICKFAW LA 70466 | 19.16 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA 23541 |
| 07-10229 | MABILE, CLEMENT JOSEPH<br>MABILE, GAIL MARY<br>116 ALISHA DR<br>GRAY LA 70359 | 79.68 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 12914<br>NORFOLK VA 23541 |
| 07-10471 | DIMAK, ANTHONY<br>338 FAIRFIELD AVE<br>GRETNA LA 70056 | 21.87 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA 23541 |
| 07-10678 | LADNER, TIFFANY<br>23354 BURVANT ST<br>ABITA SPRINGS LA 70420 | 19.44 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 12914<br>NORFOLK VA 23541 |
| 07-10678 | LADNER, TIFFANY<br>23354 BURVANT ST<br>ABITA SPRINGS LA 70420 | 38.45 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA 23541 |
| 07-10842 | KIMBLE, LESLIE<br>KIMBLE, THERESA<br>APT B<br>928 AVENUE B<br>WESTWEGO LA 70094 | 22.93 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 12914<br>NORFOLK VA 23541 |
| 07-11006 | CHATAGNIER, MYRON PETER<br>CHATAGNIER, CHARLENE FALCON<br>311 MELODY DR<br>HOUMA LA 70363 | 28.82 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA 23541 |

Registry Check #625569

| Case Number | Debtors | Amount | Payees |
|---|---|---|---|
| 07-11006 | CHATAGNIER, MYRON PETER<br>CHATAGNIER, CHARLENE FALCON<br>311 MELODY DR<br>HOUMA LA  70363 | 40.64 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA  23541 |
| 07-11072 | PLAISANCE, CATHERINE<br>1310 AVENUE A<br>MARRERO LA  70072 | 50.68 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA  23541 |
| 07-11072 | PLAISANCE, CATHERINE<br>1310 AVENUE A<br>MARRERO LA  70072 | 18.06 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA  23541 |
| 07-11308 | LOUNNAS, MOURAD<br>216 AVANT GARDE CIRCLE<br>KENNER LA  70065 | 3,313.23 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 12914<br>NORFOLK VA  23541 |
| 07-11308 | LOUNNAS, MOURAD<br>216 AVANT GARDE CIRCLE<br>KENNER LA  70065 | 453.89 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 12914<br>NORFOLK VA  23541 |
| 07-11608 | THIESSEN, TODD ALAN<br>THIESSEN, PATRICIA EILEEN<br>35524 MOCKINGBIRD LOOP<br>PEARL RIVER LA  70452 | 65.03 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 12914<br>NORFOLK VA  23541 |
| 07-11978 | BARLOW, WARREN K<br>BARLOW, LISA G<br>222 LAUREL CT<br>LULING LA  70070 | 42.89 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA  23541 |
| 07-12448 | HAMM, BARBARA<br>4810 LENNOX BLVD<br>NEW ORLEANS LA  70131 | 1,250.37 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA  23541 |
| 08-10339 | FRUCHTNICHT, BERNADETTE<br>1318 SEVERN AVE<br>METAIRIE LA  70001 | 35.89 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA  23541 |
| 08-10615 | COOLEY, KENNETH W<br>COOLEY, SHARON PUJOL<br>728 LEMOYNE DR<br>LAPLACE LA  70068 | 0.15 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 12914<br>NORFOLK VA  23541 |
| 08-10764 | BEAR, CANDY<br>728 REDWOOD ST<br>WESTLAND MI  48186 | 16.45 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA  23541 |
| 08-11512 | HEBERT JR, KENNETH<br>4716 REBECCA BLVD<br>KENNER LA  70065 | 22.42 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA  23541 |

Registry Check #625569

| Case Number | Debtors | Amount | Payees |
|---|---|---|---|
| 08-11753 | AMADOR, SHADY GUILLOTE<br>3872 W LOYOLA DR<br>KENNER LA  70065 | 168.73 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA  23541 |
| 09-10936 | MOYNIHAN JR, WILLIAM FRANCIS<br>MOYNIHAN, BONNIE JEAN<br>PO BOX 1662<br>MANDEVILLE LA  70470 | 1.28 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA  23541 |
| 09-10936 | MOYNIHAN JR, WILLIAM FRANCIS<br>MOYNIHAN, BONNIE JEAN<br>PO BOX 1662<br>MANDEVILLE LA  70470 | 1.38 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA  23541 |
| 09-10936 | MOYNIHAN JR, WILLIAM FRANCIS<br>MOYNIHAN, BONNIE JEAN<br>PO BOX 1662<br>MANDEVILLE LA  70470 | 4.66 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA  23541 |
| 09-10936 | MOYNIHAN JR, WILLIAM FRANCIS<br>MOYNIHAN, BONNIE JEAN<br>PO BOX 1662<br>MANDEVILLE LA  70470 | 23.37 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA  23541 |
| 09-11137 | BROWN, COREY<br>BROWN, PATRICIA<br>APARTMENT B<br>4230 LAC DU BAY DR<br>HARVEY LA  70058 | 354.12 | (debtor) |
| 09-11470 | SAWYER, ORVIL EDWARD<br>SAWYER, LORETTA B<br>9409 RIVER RD<br>WAGGAMAN LA  70094 | 85.58 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA  23541 |
| 09-11470 | SAWYER, ORVIL EDWARD<br>SAWYER, LORETTA B<br>9409 RIVER RD<br>WAGGAMAN LA  70094 | 80.21 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA  23541 |
| 09-11470 | SAWYER, ORVIL EDWARD<br>SAWYER, LORETTA B<br>9409 RIVER RD<br>WAGGAMAN LA  70094 | 100.16 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA  23541 |
| 09-11470 | SAWYER, ORVIL EDWARD<br>SAWYER, LORETTA B<br>9409 RIVER RD<br>WAGGAMAN LA  70094 | 51.07 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA  23541 |
| 09-11470 | SAWYER, ORVIL EDWARD<br>SAWYER, LORETTA B<br>9409 RIVER RD<br>WAGGAMAN LA  70094 | 53.27 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA  23541 |
| 09-11756 | PARKER, BYRON J<br>PARKER, KIZZY JACKSON<br>PO BOX 343<br>PLATTENVILLE LA  70391 | 2,400.00 | (debtor) |

Registry Check #625569

| Case Number | Debtors | Amount | Payees |
|---|---|---|---|
| 09-11856 | MARANT, DAVID E<br>MARANT, CLARISA D<br>415 CHAMPION ST<br>GRAY LA  70359 | 0.18 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA  23541 |
| 09-11856 | MARANT, DAVID E<br>MARANT, CLARISA D<br>415 CHAMPION ST<br>GRAY LA  70359 | 0.11 | PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK VA  23541 |
| 09-13650 | KUYKENDALL, ELVINA W<br>921 LOUISA ST<br>NEW ORLEANS LA  70117 | 726.00 | (debtor) |

$13,789.13